# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re : | |
| : | |
| MICHAEL P. KUTZER, ESQUIRE, : | Misc. No. 08-3003DWS |
| : | |

# ORDER

**AND NOW**, this 25th day of March 2008, in furtherance of my Order dated March 20, 2008 (the "Order")[1] which reduced by $25 the compensation of Michael Kutzer ("Kutzer") for services rendered to Jesse Keith ("Debtor"), Case No. 08-11501ELF (the "Case");

**And** the Court finding that the error that necessitated the $25 sanction has been corrected by Kutzer so that no further sanction is warranted;

**And** the Court further finding that Kutzer received $500 from Debtor prior to the filing of the Case, Doc. No. 3;

It is hereby **ORDERED** that Kutzer will disgorge $25 of the received payment to Debtor in ten (10) days accompanied by a copy of the Order and contemporaneously file a certification in the Case that he has complied with this Order.

---

[1] Pursuant to Judge Frank's Order this matter has been delegated to the undersigned.

<u>In re Michael P. Kutzer, Esquire - Misc. No. 08-3003DWS</u>

The Clerk shall also docket this Order in Case No. 08-11501ELF.

*Diane W. Sig[signature]*

_____
DIANE WEISS SIGMUND
U.S. Bankruptcy Judge

cc:
    Chief Judge Stephen Raslavich
    Judge Bruce Fox
    Judge Eric Frank
    Judge Richard Fehling
    Judge Jean FitzSimon
    Timothy McGrath, Clerk

<u>Copies to</u>:

William C. Miller, Esquire
Standing Chapter 13 Trustee
P. O. Box 40119
Philadelphia, PA 19106-0119